IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 10-00067-01-CR-W-DW |
| DERRICK M. NEWSOM, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge John T. Maughmer's Report and Recommendation (Doc. 25) recommending that the Court find that Defendant Derrick Newsom is competent to understand the nature and consequences of the proceedings against him and to assist properly in his defense. After an independent review of the record, the Court adopts the Magistrate's findings of fact and conclusions of law. Accordingly, the Court orders that the Magistrate's Report and Recommendation be attached to and made a part of this Order, and finds that Defendant is competent to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

    SO ORDERED.

Date: February 15, 2011

/s/ Dean Whipple
Dean Whipple
United States District Judge